IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUSTOLIA CASARREAL-MORALES,<br><br>Defendant. | CR 25-36-BU-DLC<br><br>ORDER |

On September 24, 2025, the United States filed a motion to quash certain arrest warrants and release nine of the 11 material witnesses that are currently detained in this matter under 18 U.S.C. § 3144 on the ground that they have been deposed. (Doc. 80). The United States indicates that Defendant Casarreal-Morales opposes its motion. (Doc. 80 at 2). To facilitate the prompt resolution of the United States' motion, the Court issued an order on September 25, 2025, giving Defendant until 9:00 a.m. on September 29, 2025, to file a response. (Doc. 82). As of the date and time of this Order, Defendant has not responded to the United States' motion.

Accordingly, and good cause appearing,

IT IS ORDERED that the United States' motion (Doc. 80) is GRANTED and the following individuals shall be released from their material witness criminal warrants in this criminal case:

- Yaxciri Malleli Rojas-Victoria
- Luciano Cruz-Cruz
- Aurora Augustine-Pacheco
- Jeydi Arcos-Aguilar
- Rigoberto Gomez-Deara
- Mauro Rosales-DeJesus
- Alfredo Zoquitecatl-Calihua
- Gabino Zoquitecatl-Calihua
- Emiliano Victoria-Matias

DATED this 29th day of September, 2025.

_____  10:30am
Kathleen L. DeSoto            9/29/25
United States Magistrate Judge

2