IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>EUSTOLIA CASARREAL-MORALES<br><br>Defendant. | CR 25-36-BU-KLD<br><br><br>ORDER |

On August 20, 2025, the Court ordered that 11 material witnesses be detained in this matter pursuant to 18 U.S.C. § 3142(d) and § 3144 until their depositions could be taken. (Docs. 43, 44). The Court's order made clear that the material witnesses would be released on a rolling basis when individual depositions were completed. (Doc. 44 at 2). On September 29, 2025, the Court granted a motion by the United States to quash the warrants for nine of the witnesses and ordered them released on the ground that they had been deposed. (Doc. 83).

On October 2, 2025, the United States filed a motion to quash the arrest warrants for the two remaining material witnesses on the grounds that they too have been deposed and requesting their release. (Doc. 84). Defendant Eustolia

1

Casarreal-Morales has filed a brief in opposition to the United States' motion. (Doc. 86). Having considered the arguments presented in Defendant's response brief,

IT IS ORDERED the United States' Motion to Quash Arrest Warrants and Release Material Witnesses (Doc. 84) is GRANTED. Marcos Cruz-Cruz and Edvar Jose Gomez-Deara shall be released from their material witness warrants in this criminal case.

IT IS FURTHER ORDERED that the United States is relieved of its obligation to continue providing biweekly status reports in this matter.

DATED this 3rd day of October, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge