IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EUSTOLIA CASARREAL-MORALES,

Defendant.

CR 25–36–BU–DLC

ORDER

Before the Court is Defendant's Unopposed Motion to disseminate the final Presentence Investigation Report ("PSR") to the Defendant's immigration attorney, Braxton H. Cloutier of Vergara Miller Law Firm, PLLC, and his associates and administrative staff. (Doc. 114.) Because the PSR aggregates sensitive and sometimes unverified material, courts treat PSRs as restricted judicial documents to be filed under seal. 18 U.S.C. § 3552(d); D. Mont. L.R. 55.1(d)(7). Defendant contends that the information contained in the PSR is relevant to the Board of Immigration Appeal's fair evaluation of her immigration case. (Doc. 115 at 3–4.)

Accordingly, IT IS ORDERED that the Unopposed Motion (Doc. 114) is GRANTED. Defendant is authorized to share and provide a copy of the final PSR to her immigration attorney, Braxton Cloutier, and his law firm Vergara Miller,

PLLC, for purposes of her Application for Advance Permission to Enter as a Non-Immigrant, which is pending before the Board of Immigration Appeals.

IT IS FURTHER ORDERED that except as granted by this Order, the PSR shall remain confidential with its dissemination governed by 18 U.S.C. § 3552(d) and District of Montana Local Criminal Rule 55.1(d)(1) and (7).

DATED this 27th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court