IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EUSTOLIA CASARREAL-MORALES,<br><br>Defendant. | CR 25–36–BU–DLC<br><br>ORDER |

Before the Court is Defendant's Unopposed Motion authorizing immigration defense counsel, Braxton H. Cloutier, to provide the Presentence Investigation Report ("PSR") to the United States Citizenship and Immigration Service ("USCIS") on behalf of Defendant Eustolia Casarreal-Morales. (Doc. 119.)

Accordingly, IT IS ORDERED that the Unopposed Motion (Doc. 119) is GRANTED. Defendant is authorized to share and provide a copy of the final PSR to the United States Citizenship and Immigration Services for purposes of her Application for Advance Permission to Enter as a Non-Immigrant, filed on February 2, 2024, and presenting pending before the Board of Immigration Appeals.

IT IS FURTHER ORDERED that except as granted by this Order and Doc. 116, the PSR shall remain confidential with its dissemination governed by 18 U.S.C. § 3552(d) and District of Montana Local Criminal Rule 55.1(d)(1) and (7).

DATED this 3rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court