IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

vs.

EUSTOLIA CASARREAL-MORALES,

Defendant.

CR 25–36–BU–DLC

ORDER

Before the Court is Defendant Eustolia Casarreal-Morales's unopposed motion to for leave to file under seal. (Doc. 127.) Accordingly, IT IS ORDERED that the motion (Doc. 127) is GRANTED. The Clerk of Court is directed to modify the docket to reflect that the lodged sealed document (Doc. 128) submitted with Defendant's motion (Doc. 127) is deemed filed under seal.

DATED this 23rd day of September, 2026.

Dana L. Christensen, District Judge
United States District Court